UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**SECURITY NATION INSURANCE COMPANY,**
as subrogee of S.A.R.K.A.R. Corp., d/b/a La Quinta
Inn Vicksburg                                                                         **PLAINTIFF**

**VS.**                                               **CIVIL ACTION NO.: 5:05-CV-222-DCB-JMR**

**ISLE OF CAPRI CASINOS, INC.**                                               **DEFENDANT**

**AGREED ORDER OF DISMISSAL, WITH PREJUDICE**

This matter is before the Court on the joint *ore tenus* Motion of all parties seeking dismissal, with prejudice, of all claims maintained, or that could have been maintained, in the above styled and numbered litigation, and the Court, being fully advised in the premises, and being further advised that the parties have reached a compromise as to all claims, is of the opinion that the Motion is well taken, and should be granted at this time.

IT IS THEREFORE ORDERED AND ADJUDGED that the claims in the above referenced case are hereby dismissed with prejudice, with each of the parties to bear its own costs and attorneys fees in connection with the litigation.

SO ORDERED this the 8th day of November, 2006.

S/DAVID BRAMLETTE
U. S. DISTRICT COURT JUDGE

APPROVED AND AGREED:

/s/ BRENT E. SOUTHERN (7697)
*ATTORNEY FOR PLAINTIFF*

/s/ JEFFREY M. WILLIAMS
*ATTORNEY FOR DEFENDANT*